In re 17th Street Canal Coalition et al.; Andry, Brooke; Arrigo, Roy; Arrigo, Tammy; Berthold, Cindy; Berthold, Craig; Daray, Dennis; Daray, Karen; Lo-natro, Nina; Lonatro, Terry; Maraldo, Dante; Maraldo, Monique; Sins, Amy; Sins, George; Zuniga, Albert; Zuniga, Kathleen; — Plaintiff(s); Applying For Supervisory and/or Remedial Writs, Parish of Orleans, Civil District Court Div. L, No. 08-6979; to the Court of Appeal, Fourth Circuit, No. 2009-C-0857.
Denied.
JOHNSON, J., would grant.
KNOLL, J., would grant.